**QUILL & ARROW LLP**
Kevin Y. Jacobson, Esq. (SBN 320532)
kjacobson@quillarrowlaw.com
Danja Stocca, Esq. (SBN 350295)
dstocca@quillarrowlaw.com
e-service@quillarrowlaw.com
10880 Wilshire Blvd., Suite 1600
Los Angeles, California 90024
Telephone: (310) 933-4271
Attorneys for Plaintiffs,
**JOHNNIE U. NIX AND LAURA R. NIX**

**SHOOK, HARDY & BACON, LLP**
Rodrigo Enrique Salas, Esq. (SBN 194462)
rsalas@shb.com
Amir M. Nassihi, Esq. (SBN 235936)
anassihi@shb.com
eservice-nissan@shb.com
eservice@shb.com
555 Mission Street, Suite 2300
San Francisco, CA 94105
Attorneys for Defendant,
**NISSAN NORTH AMERICA, INC.**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHHNIE U. NIX, an individual, LAURA R. NIX, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 3:23-cv-01949-CRB<br>*Judge: Charles R. Breyer*<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), IT IS HEREBY STIPULATED, by and between Plaintiffs, JOHNNIE U. NIX AND LAURA R. NIX, and Defendant, NISSAN NORTH AMERICA, INC., (hereafter "the Parties"), by and through their respective counsel of record, that the entire above-captioned action be dismissed with prejudice in accordance with the terms of the written settlement agreement entered into between the Parties.

Upon order of the Court and upon such terms and conditions as the Court deems proper, the Parties respectfully request that this action be dismissed with prejudice.

Dated: October 1, 2025,       **QUILL & ARROW, LLP**

/s/*Danja Stocca*
Kevin Y. Jacobson, Esq.
Danja Stocca, Esq.
Attorneys for Plaintiffs,
**JOHNNIE U. NIX AND LAURA R. NIX**

Dated: October 1, 2025,

**SHOOK, HARDY, & BACON, LLP**

By  */s/ Rodrigo E. Salas*
Rodrigo Enrique Salas, Esq.
Amir M. Nassihi, Esq.
Attorneys for Defendant,
**NISSAN NORTH AMERICA, INC.**

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to , Esq. counsel for **NISSAN NORTH AMERICA, INC.,** and that I have obtained authorization to affix his/her electronic signature to this document.

**QUILL & ARROW, LLP**

/s/ *Danja Stocca*
Kevin Y. Jacobson, Esq.
Danja Stocca, Esq.
Attorneys for Plaintiffs,
**JOHNNIE U. NIX AND LAURA R. NIX**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNIE U. NIX, an individual, LAURA R. NIX, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants, | Case No.: 3:23-cv-01949-CRB<br><br>*Judge Charles R. Breyer*<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: October 2, 2025         By: _____
                                  Charles R. Breyer
                                  United States District Judge